# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS MELCHIOR; LINDA LETIER; TERESA KIRK-JUNOD; ROBERT HAWRYLAK; JOSEPH F. BROCK; JR.; RAYMOND G. HEFFNER; JOHN MADDEN; THOMAS D. GREEN; MAUREEN A. GREEN; DOMINICK BELLIZZIE; JANET KAMINSKI; CYNTHIA BUTLER; WILLIAM BUTLER; EDWARD WOODS; GLEN W. COLE, JR.; JOHN BUTLER; ROBERT BETZ; MICHAEL D. GROFF; SHAWN P. CARLIN; MARCY H. KERSHNER; JOHN W. HARVEY; LAURIE H. SUTHERLAND; WILLIAM M. SUTHERLAND; BRUCE CHASAN; RANDAL BOYER, JR. AS POA FOR CHANTAL BOYER; ROY MILLS; JACE A. WEAVER; GEORGE S. ROADKNIGHT; ROBERT DELROCCO; LEONARD GOLDSTEIN; DAVID JAKEMAN; FRED BARAKAT; NEIL BENJAMIN; MARK NEWKIRK; MICHAEL SWAN; BARBARA BARR; MICHAEL BARR; JOSEPH CAMAIONI; JORDAN LEPOW; MARILYN SWARTZ; ROBERT L. YORI; JOAN L. YORI; MARK A. TARONE; RAYMOND D. FERGIONE; RAYMOND BRUCE BOEHM; ROBIN LYNN BOEHM; PATRICIA CROSSIN-CHAWAGA; CHARLES P. MOORE; JAMES E. HILTON; DOUGLAS C. KUNKEL; BONNIE LEE BEEMAN; ERNEST S. LAVORINI; ELIZABETH ANN DOYLE; JOSEPH GREENBERG; PAUL J. DAVIS; WILLIAM P. BETZ, JR.; and DONALD DEMPSEY, on behalf of themselves and all others similarly situated,<br><br>                                                    Plaintiffs,<br>vs.<br><br>DEAN VAGNOZZI;<br>CHRISTA VAGNOZZI;<br>ALBERT VAGNOZZI;<br>ALEC VAGNOZZI;<br>SHANNON WESTHEAD;<br>JASON ZWIEBEL; | Case No.: 2:20-cv-05562<br><br>Electronically Filed<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Case No.: 2:20-cv-05562

| | |
|---|---|
| ANDREW ZUCH;<br>MICHAEL TIERNEY;<br>PAUL TERENCE KOHLER;<br>JOHN MYURA;<br>JOHN W. PAUCIULO;<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC;<br>SPARTAN INCOME FUND, LLC;<br>PISCES INCOME FUND LLC;<br>CAPRICORN INCOME FUND I, LLC;<br>MERCHANT SERVICES INCOME FUND, LLC;<br>COVENTRY FIRST LLC;<br>PILLAR LIFE SETTLEMENT FUND I, L.P.;<br>PILLAR II LIFE SETTLEMENT FUND, L.P.;<br>PILLAR 3 LIFE SETTLEMENT FUND, L.P.;<br>PILLAR 4 LIFE SETTLEMENT FUND, L.P.;<br>PILLAR 5 LIFE SETTLEMENT FUND, L.P.;<br>PILLAR 6 LIFE SETTLEMENT FUND, L.P.;<br>PILLAR 7 LIFE SETTLEMENT FUND, L.P.;<br>PILLAR 8 LIFE SETTLEMENT FUND, L.P.;<br>ATRIUM LEGAL CAPITAL, LLC;<br>ATRIUM LEGAL CAPITAL 2, LLC;<br>ATRIUM LEGAL CAPITAL 3, LLC;<br>ATRIUM LEGAL CAPITAL 4, LLC;<br>FALLCATCHER, INC.;<br>PROMED INVESTMENT CO., L.P.; and<br>WOODLAND FALLS INVESTMENT FUND, LLC,<br><br>                                        Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs in the above-captioned lawsuit and Defendants (collectively, the "Parties"), by and through their undersigned counsel, jointly file this stipulation. Having obtained an order granting final approval of the settlement agreement between the Parties executed on March 13, 2025 (the "Settlement Agreement"), entered by Judge Rodolfo A. Ruiz II of the U.S. District Court for the Southern District of Florida (the "Court") on February 28, 2025, in the civil enforcement action captioned *Securities and Exchange Commission v. Complete Business Solutions Group, Inc. d/b/a/ Par Funding, et al.*, Case No.: 9:20-CV-81205-RAR, at ECF # 2119, and that order having

Case No.: 2:20-cv-05562

become final on March 30, 2025, and consistent with the terms of the Settlement Agreement approved by the Court, the Parties hereby stipulate and agree that the above-captioned lawsuit is voluntarily dismissed with prejudice.

The Parties respectfully request the Court enter an Order dismissing the above-captioned case with prejudice.

| | |
|---|---|
| Dated: April 8, 2025 | */s/ Eric Lechtzin* |
| | Eric Lechtzin (PA Bar No. 62096) |
| */s/ Jay A. Dubow* | Marc H. Edelson (PA Bar No. 51834) |
| Jay A. Dubow (PA Bar No. 41741) | **EDELSON LECHTZIN LLP** |
| Joanna J. Cline (PA Bar No. 83195) | 411 S. State Street, Suite N-300 |
| Erica H. Dressler (PA Bar No. 319953) | Newtown, PA 18940 |
| Mia S. Marko (PA Bar No. 321078) | Telephone: (215) 867-2399 |
| **TROUTMAN PEPPER LOCKE LLP** | elechtzin@edelson-law.com |
| 3000 Two Logan Square | medelson@edelson-law.com |
| 18th & Arch Streets | |
| Philadelphia, PA 19103 | Jeffrey C. Schneider* |
| Telephone: (215) 981-4713 | Jason Kellogg* |
| Fax: (215) 981-4750 | Victoria J. Wilson* |
| Jay.dubow@troutman.com | **LEVINE KELLOGG LEHMAN** |
| Joanna.cline@troutman.com | **SCHNEIDER + GROSSMAN LLP** |
| Erica.dressler@troutman.com | 201 South Biscayne Boulevard |
| Mia.Marko@troutman.com | Miami Center, 22nd Floor |
| | Miami, FL 33131 |
| *Attorneys for Defendant Eckert Seamans* | Telephone: (305) 403-8788 |
| *Cherin & Mellott, LLC* | jcs@lklsg.com |
| | jk@lklsg.com |
| */s/ Catherine M. Recker* | vjw@lklsg.com |
| Catherine M. Recker | |
| Richard D. Walk, III | Steven A. Schwartz |
| **WELSH AND RECKER, P.C.** | (PA Bar No. 50579) |
| 306 Walnut Street | **CHIMICLES SCHWARTZ KRINER &** |
| Philadelphia, PA 19106 | **DONALDSON-SMITH LLP** |
| 215-972-6430 | 361 West Lancaster Avenue |
| Cmrecker@welshrecker.com | Haverford, PA 19041 |
| Rwalk@welshrecker.com | Tel.: 610-642-8500 |
| | steveschwartz@chimicles.com |
| *Attorneys for Defendant John W. Pauciulo* | |

3

Case No.: 2:20-cv-05562

Robert J. Kriner, Jr.*
Scott M. Tucker*
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
222 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel.: 302-656-2500
rjk@chimicles.com
ScottTucker@chimicles.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Classes*

and

Scott L. Silver*
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone: 954.755.4799
ssilver@silverlaw.com

*Interim Chair of Plaintiffs' Executive Committee*

*Admitted *Pro Hac Vice*

**SO ORDERED:**

This <u>9th</u> day of <u>April,</u> 2025

_____
Mia R. Perez, J.

4